**50  HOGAN vs. CIRCUIT JUDGE (Wayne), No. 14200.**

To vacate order quashing garnishment proceedings.

Denied June 21, 1894, with costs.

Relator filed a praecipe directing summons to issue in a cause entitled Walter G. Hogan vs. F. G. Smith, Sons & Co. in a plea of trespass on the case upon promises. The summons issued and served on the principal defendant, contained the name of Robert R. Howard as defendant and set forth the action to be trespass. On the same day a writ of garnishment issued to Robert R. Howard. Both affidavit and writ set forth the commencement of suit against Smith, Sons & Co. in an action of trespass on the case upon promises. The papers were served. The garnishee defendant answered denying indebtedness and a demand for his examination under the Statute was made. Afterwards Howard appeared specially and moved to quash. Plaintiff then obtained an order, ex parte, amending the summons, and a corrected summons was taken out and served upon Smith, Sons & Co. The principal defendant then appeared specially and moved to set aside the order granting leave to amend and to strike from the files the original summons, which motion was granted.

**51  WESTERN KNITTING MILLS CO. vs. CIRCUIT JUDGE (Wayne), No. 11987.**

To compel respondent to vacate an order quashing a writ of garnishment.

Granted May 21, 1891, with costs.

The writ issued in a suit commenced by relator against another domestic corporation as principal defendant and against one Balch as garnishee defendant, and was quashed because the corporations were not described as such in the affidavit, but were referred to by name only.

Respondent relied upon Ettelson vs. Fireman's Ins. Co., 64 M., 331, where the affidavit failed to allege the corporate capacity and existence of the garnishee. Relator contended that the garnishee proceedings were ancilliary and inasmuch as the declaration fully described the parties to the original suit, that was sufficient.